FILED
GREAT FALLS
2012 MAR 27 PM 3 10
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| CHARLES WILLIAM OCHLECH, III,<br><br>          Plaintiff,<br><br>vs.<br><br>TERESA SCHNEE, registered nurse; TODD GIANARELLI, physician; MICHAEL HEGMAN, physician; and JOHN AND JANE DOE,<br><br>          Defendants. | No. CV 11-68-GF-SEH<br><br>ORDER |

On February 28, 2012, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendations for clear error.

---

[1] Docket No. 7.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Complaint[2] is DISMISSED.

2. The docket shall reflect the filing of this action constitutes one strike under 28 U.S.C. § 1915(g).

3. The court certifies that any appeal from this disposition will not be taken in good faith due to the frivolous nature of the issues raised. Fed. R. App. P. 24(a)(3)(A).

4. The Clerk is directed to enter judgment in favor of Defendants accordingly.

DATED this 27th day of March, 2012.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.